

# Notice of Service of Process

null / ALL
Transmittal Number: 18301263
Date Processed: 06/13/2018

| | |
|---|---|
| Primary Contact: | Colleen Deyoung<br>Entertainment Cruises, Inc.<br>455 N. Cityfront Plaza Drive<br>Suite 2600<br>Chicago, IL 60611 |
| Electronic copy provided to: | Lauren Baran |
| Entity: | Spirit Cruises, LLC<br>Entity ID Number 1589891 |
| Entity Served: | Spirit Cruises LLC |
| Title of Action: | Jeffrey Makuch vs. Spirit Cruises LLC |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Portsmouth City Circuit Court, Virginia |
| Case/Reference No: | 740CL18002048-00 |
| Jurisdiction Served: | Virginia |
| Date Served on CSC: | 06/13/2018 |
| Answer or Appearance Due: | 21 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Edwin S. Booth<br>757-671-6057 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

Exhibit A

# COMMONWEALTH OF VIRGINIA



PORTSMOUTH CIRCUIT COURT
Civil Division
1345 COURT STREET
PORTSMOUTH VA
(757) 393-8671

Summons

To: SPIRIT CRUISES LLC
C/O CORPORATION SERVICE COMPAN
100 LSHOCKOE SLIP, 2ND FLOOR
RICHMOND VA 23219

Case No. 740CL18002048-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Friday, June 01, 2018

Clerk of Court: CYNTHIA P. MORRISON

by *Susan R. Nispoli*
(CLERK/DEPUTY CLERK)

Instructions: MARSTON AGENCY INC.

Hearing Official:

Attorney's name: BOOTH, EDWIN S
757-671-6000

Exhibit A

**VIRGINIA:**

IN THE CIRCUIT COURT FOR THE CITY OF PORTSMOUTH

JEFFREY MAKUCH,

    Plaintiff,

v.                                          CASE NO.: L-18-2048

SPIRIT CRUISES LLC,

and

PRITZKER/VRS INVESTORS, L.L.C.,

    Defendants.

    SERVE:    Spirit Cruises LLC
                      c/o Corporation Service Company
                      100 Shockoe Slip, 2nd Floor
                      Richmond, VA 23219

## COMPLAINT

1. This lawsuit is necessary because of the negligence of the defendants, which caused injuries to the plaintiff on June 26, 2016.

2. On June 26, 2016, the plaintiff was a paying passenger on board the Spirit of Norfolk, a passenger vessel.

3. The Spirit of Norfolk is owned and operated by Spirit Cruises LLC and/or Pritzker/VRS Investors, LLC.

4. At all relevant times the vessel was docked at its usual birth in the Elizabeth River.

5. The Spirit of Norfolk engages in short-term river cruises of a few hours, and the general public may purchase a ticket.

6. At all relevant times, the Spirit of Norfolk was engaged in traditional maritime activity.

7. On June 26, 2016, the plaintiff came on board the vessel for the first time.

8. He walked up to the top deck.

9. The top deck was crowded with furniture for passengers.

10. The top deck features a very high coefficient of friction, antiskid deck.

11. The deck has raised ridges for this purpose.

12. At the same time and place, agents or employees of the defendants had set up a "corn hole" game.

13. The game of corn hole involves throwing a beanbag through the air at a small hole on a wooden board.

14. The plaintiff picked up a corn hole beanbag, attempted to throw it, and fell to the deck when his feet caught on the antiskid deck.

15. The plaintiff had never stepped on the deck of the Spirit of Norfolk, and had no idea that shifting his weight to throw a beanbag could cause his feet to catch on the antiskid deck, resulting in a fall.

16. At all relevant times, the defendants owed the plaintiff a duty of care to provide an environment that was reasonably safe for passengers. Specifically, the defendant had the duty of:

    a. providing a reasonably safe deck for walking, and all other activities promoted by the defendants;

    b. allowing sufficient space between tables and chairs for passengers to walk without difficulty;

    c. to avoid encouraging games, such as "corn hole" that invite people to shift their weight and throw objects, which are inappropriate for an antiskid deck crowded with furniture.

17. The defendants breached the duty of care, in that the deck – while perhaps safe for walking, and beneficial to a rolling or pitching vessel under way – was totally inappropriate for crowding with furniture and chairs, while simultaneously encouraging guests, many of whom are older, to play a game in which they must shift their balance. On a deck with a high coefficient of friction the combination of crowded furniture and this game was unreasonably dangerous, and the defendants knew or should have known that they created a hazard.

18. As a direct and proximate result of the aforesaid negligence plaintiff suffered severe and permanent injuries, has suffered, and will continue to suffer, great pain of body and mind, has suffered inconvenience, has expended mileage to

and from health care providers, has incurred hospital, doctor and other related expenses in an effort to be cured of these injuries.

WHEREFORE, plaintiff, Jeffrey Makuch, by counsel, moves the court for judgment against the defendant, Spirit Cruises LLC and Pritzker/VRS Investors, LLC, in the sum of $373,456.78 (THREE HUNDRED SEVENTY-THREE THOUSAND FOUR HUNDRED FIFTY-SIX DOLLARS AND SEVENTY-EIGHT CENTS) and costs with pre-judgment and post-judgment interest.

TRIAL BY JURY IS DEMANDED

JEFFREY MAKUCH

By: _____
Of Counsel

Edwin S. Booth, Esquire
**RULOFF, SWAIN, HADDAD, MORECOCK, TALBERT & WOODWARD, P.C.**
317 30th Street, Virginia Beach, VA 23451
757-671-6057 Direct Dial
757-671-6004 Facsimile
ebooth@srgslaw.com
*Counsel for Plaintiff*

**COVER SHEET FOR FILING CIVIL ACTIONS**    Case No. ...18-2048...
COMMONWEALTH OF VIRGINIA                        (CLERK'S OFFICE USE ONLY)

...Portsmouth... Circuit Court

...Jeffrey Makuch... v. ...Spirit Cruises LLC and Pritzker/VRS Investors, LLC...
PLAINTIFF(S)                                   DEFENDANT(S)

2018 MAY 31 AM 9:09
CYNTHIA P. MORRISON CLERK

I, the undersigned [ ] plaintiff [ ] defendant [X] attorney for [X] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

**GENERAL CIVIL**
**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
  [ ] Monetary Damages
  [ ] No Monetary Damages
[ ] Counterclaim
  [ ] Monetary Damages
  [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or driving privileges)
[ ] Removal of Case to Federal Court
**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment
**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
  [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights
**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[ ] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[X] Other General Tort Liability

**ADMINISTRATIVE LAW**
[ ] Appeal/Judicial Review of Decision of (select one)
  [ ] ABC Board
  [ ] Board of Zoning
  [ ] Compensation Board
  [ ] DMV License Suspension
  [ ] Employee Grievance Decision
  [ ] Employment Commission
  [ ] Local Government
  [ ] Marine Resources Commission
  [ ] School Board
  [ ] Voter Registration
  [ ] Other Administrative Appeal

**DOMESTIC/FAMILY**
[ ] Adoption
  [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
  [ ] Annulment – Counterclaim/Responsive Pleading
[ ] Child Abuse and Neglect – Unfounded Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
  [ ] Complaint – Contested*
  [ ] Complaint – Uncontested*
  [ ] Counterclaim/Responsive Pleading
  [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
[ ] Separate Maintenance
  [ ] Separate Maintenance Counterclaim

**WRITS**
[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

**PROBATE/WILLS AND TRUSTS**
[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
  [ ] Guardian/Conservator
  [ ] Standby Guardian/Conservator
  [ ] Custodian/Successor Custodian (UTMA)
[ ] Trust (select one)
  [ ] Impress/Declare/Create
  [ ] Reformation
[ ] Will (select one)
  [ ] Construe
  [ ] Contested

**MISCELLANEOUS**
[ ] Amend Death Certificate
[ ] Appointment (select one)
  [ ] Church Trustee
  [ ] Conservator of Peace
  [ ] Marriage Celebrant
[ ] Approval of Transfer of Structured Settlement
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
  [ ] Reinstatement pursuant to § 46.2-427
  [ ] Restoration – Habitual Offender or 3rd Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of Property or Money
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
  [ ] Correct Erroneous State/Local
  [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[ ] Other (please specify)

[X] Damages in the amount of $ ...373,456.78... are claimed.

...05/30/2018...
DATE   [ ] PLAINTIFF   [ ] DEFENDANT   [X] ATTORNEY FOR   [X] PLAINTIFF [ ] DEFENDANT

...Edwin S. Booth, Esquire...
PRINT NAME
...317 30th Street, Virginia Beach, Virginia 23451...
ADDRESS/TELEPHONE NUMBER OF SIGNATOR
...757-671-6000...

...EBooth@srgslaw.com...
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 07/16

Exhibit A

# RULOFF, SWAIN, HADDAD, MORECOCK, TALBERT & WOODWARD, P.C.

ATTORNEYS AND COUNSELORS AT LAW

SHELLEY SWAIN BERRY
EDWIN S. BOOTH+
ROBERT J. HADDAD*
ANDREW M. HENDRICK
ROBERT G. MORECOCK
KENDALL DREW RASBERRY
ROBERT E. RULOFF
STEPHEN C. SWAIN*+
JEFFREY T. TALBERT
LAWRENCE H. WOODWARD, JR.
* Also admitted in S.C.
+ Also admitted in N.C.

317 30th STREET
VIRGINIA BEACH, VIRGINIA 23451

WEBSITE: www.srgslaw.com
TELEPHONE: (757) 671-6000
FACSIMILE: (757) 671-6004

OF COUNSEL
EDWIN J. RAFAL

E-MAIL:
EBooth@srgslaw.com
EClark@srgslaw.com
DIRECT DIAL:
Ed Booth: (757) 671-6057
Liz Clark: (757) 671-6084

[Stamp: 2018 MAY 31 AM 9:09 CYNTHIA P. MORRISON CIRCUIT COURT CLERK]

May 30, 2018

Cynthia P. Morrison, Clerk
Portsmouth Circuit Court
Civil Division
PO Box 1217
Portsmouth, VA 23705

**Re: Jeffrey Makuch v. Spirit Cruises LLC and Pritzker/VRS Investors, LLC**

Dear Ms. Morrison:

Enclosed please find an original and two (2) copies of a Complaint which I ask that you file on behalf of the Plaintiff. Our firm check in the amount of $304 is enclosed for the filing fee, as well as the civil cover sheet.

Please prepare the enclosed copies for service on the defendant, Spirit Cruises LLC. The Marston Agency, Inc. will be picking up the documents and effecting service once the documents have been prepared. We are not requesting service on Pritzker/VRS Investors, LLC at this time.

Thank you in advance for your assistance, and please contact me if you need any further information.

With best regards, I am

Very truly yours,

Edwin S. Booth

ESB:ec
Enclosures
cc: Mr. Jeffrey Makuch
    Mr. Richard Klaaderman

Exhibit A